IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN KEVIN FROST,

    Petitioner,               No. CIV S-07-2220 WBS GGH P

    vs.

J. WALKER, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Pursuant to the order of May 30, 2008, petitioner's counsel was granted 20 days to file objections to the still pending findings and recommendations filed March 18, 2008. No communication has ensued from petitioner's counsel; therefore, counsel has 10 days to file any objections to the findings and recommendations. If objections are filed, counsel shall show cause for the late filing.

        IT IS SO ORDERED.

DATED: 08/28/08                        /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:035
fros2220.eot