IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN KEVIN FROST,

    Petitioner,　　　　　　　　　No. CIV S-07-2220 WBS GGH P

  vs.

J. WALKER, Warden,

    Respondent.　　　　　　　　　ORDER
_____/

       Petitioner, a state prisoner now proceeding with retained counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On March 18, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner pro se and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. By Order, filed on May 30, 2008, petitioner's motion for substitution of counsel was granted, and counsel for petitioner was granted an additional twenty days to file objections to the findings and recommendations. When no communication from petitioner's counsel thereafter ensued, petitioner was granted a further extension of time of 10 days to file any objections, as well as to

1

show cause for any late filing. Petitioner has not filed objections to the findings and recommendations and has not otherwise responded.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 18, 2008, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust state remedies.

DATED: March 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/fros2220.800