IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN KEVIN FROST,

    Petitioner,    No. CIV S-07-2220 WBS GGH P

    vs.

J. WALKER, Warden,

    Respondent.    <u>ORDER</u>

_____/

    This petition for writ of habeas corpus was dismissed for failure to exhaust state remedies by <u>Order</u>, filed on March 18, 2009, and judgment entered accordingly. At the time, petitioner was proceeding with retained counsel, Danny D. Brace, Jr. In an envelope date-stamped August 26, 2010, petitioner pro se sent a letter in the form of a memorandum addressed to the undersigned. Having reviewed the document, the court makes the following ORDERS:

    1. The Clerk of the Court is to file the August 26, 2010 document from petitioner pro se in the docket of this case for petitioner's counsel's review and response as appropriate; and

\\\\\
\\\\\
\\\\\

1

1    2. The Clerk of the Court, in addition to serving counsel for the parties with this
2 order, is also to serve a copy of the instant order upon petitioner pro se: Shawn Kevin Frost, Sr.,
3 CDC # H-86714 / P.O. Box 29 / California State Prison-Sacramento B4-206 / Represa, CA
4 95671.
5 DATED: Sept 2, 2010

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
fros2220.ord